UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                      Plaintiff,

                                                          ORDER

                                                          04-CR-6129L

                        v.

DERRICK MADDOX,

                                      Defendant.
_____


On March 12, 2008, defendant Derrick Maddox ("Maddox") filed, *pro se,* a motion requesting application of the new and correct base offense level regarding cocaine base (Dkt. #66). On March 18, 2008, the Court entered an initial order under 18 U.S.C. § 3582 appointing the Federal Public Defender to represent the defendant (Dkt. #67). Thereafter on April 3, 2008, defendant filed a motion (Dkt. #70) informing the Court that he will be representing himself in this action, *pro se.*

The motion of Derrick Maddox to represent himself in this action (Dkt. #70) is granted and the Public Defender's Office is relieved as counsel in this action.

The Clerk's Office is hereby directed to make copies of Document ## 66, 67, 68, 69 and 70 and send them to Maddox together with this Order.

Defendant Derrick Maddox is hereby directed to reply to the Government's Response (Dkt. #69) on or before May 19, 2008. Failure to reply could result in dismissal of this action.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       April 11, 2008.