UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                           Plaintiff,                                  DECISION AND ORDER

                                                                            04-CR-6129L

                 v.

DERRICK MADDOX,

                           Defendant.
_____

     By order filed June 10, 2008, I denied defendant's motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). By motion filed September 12, 2008 (Dkt. #74), defendant moves, *pro se,* for the Court to reconsider that decision. The motion to reconsider is in all respects denied.

     IT IS SO ORDERED.

                                                               _____
                                                                 DAVID G. LARIMER
                                                           United States District Judge

Dated: Rochester, New York
        September 22, 2008.